MELVILLE F. TAYLOR, an Infant, by JOHN R. TAYLOR, His Guardian ad Litem, Appellant, v. CHARLES A. ROBINSON et al., Respondents.

*Schools — discipline — when student suspended or expelled for misconduct may not recover damages therefor.*

*Taylor* v. *Robinson,* 198 App. Div. 624, affirmed.
(Argued October 11, 1922; decided October 27, 1922.)

APPEAL from a judgment, entered December 3, 1921, upon an order of the Appellate Division of the Supreme Court in the second judicial department, reversing a judgment in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint. The action was brought by plaintiff, a former student at the Peekskill Military Academy, to recover damages for his alleged illegal and unjustifiable expulsion. The Appellate Division held that it having been shown that plaintiff had been guilty of insubordination justifying suspension or expulsion, by his own misconduct he had forfeited the right to remain at the institution, and having been legally suspended stood in the same relation toward the school as if he had never been a pupil therein.

*James G. Purdy* for appellant.
*Richard Ely* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.

---

MABEL G. TAPLEY, as Administratrix of the Estate of HERBERT F. TAPLEY, Deceased, Respondent, v. NEW YORK DOCK RAILWAY, Appellant.

*Negligence — railroads — death from being struck by standing car against which others were backed without warning.*

*Tapley* v. *N. Y. Dock Railway,* 199 App. Div. 664, affirmed.
(Argued October 11, 1922; decided October 27, 1922.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 18, 1922, unanimously affirm-